# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOVEY, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. 1:07-cv-01695-OWW DLB PC<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE |

Plaintiff Roderick Washington ("plaintiff") is a former state prisoner proceeding pro se. Plaintiff submitted a civil rights complaint concerning a myriad of conditions of confinement. This action was opened on August 21, 2007, in error and in contravention of the Prefiling Order in place.

Plaintiff is subject to a Prefiling Order issued on March 26, 2003, in case number 1:99-cv-06590-OWW-LJO PC Washington v. Early. Pursuant to the Order, plaintiff is enjoined from filing suit in this district unless he either (1) pays the $350.00 filing fee in full at the time he files suit or (2) makes an evidentiary showing, with documentation, that he is in imminent danger of serious physical injury. 28 U.S.C. § 1915(g).[1] Any documents submitted by plaintiff that do not make this showing are to be returned to plaintiff and no civil action is to be opened.

This action was not accompanied by the $350.00 filing fee and was opened in error prior to

---

[1] Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." Plaintiff is subject to both section 1915(g) and this Court's Prefiling Order.

1

a prefiling review by a judge.  Plaintiff's complaint has been reviewed and does not meet the requirements of the Prefiling Order.  Specifically, plaintiff has made no showing supported by evidence that he is under imminent danger of serious physical injury, as required by the Prefiling Order.

     Accordingly, it is HEREBY ORDERED that:

1. This action is DISMISSED, without prejudice, pursuant to the Prefiling Order; and
2. The Clerk is directed to return the documents submitted to plaintiff in this action. (Docs. 1, 2, 4, 5, 6, 10, and 11).

IT IS SO ORDERED.

**Dated:    August 22, 2008**              /s/ Oliver W. Wanger
                                                 UNITED STATES DISTRICT JUDGE